NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMY L. WILSON,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3092

---

Petition for review of the Merit Systems Protection Board in case no. DA0752110276-I-1.

---

## ON MOTION

---

## O R D E R

Amy L. Wilson moves for leave to proceed in forma pauperis and for an extension of time to file her opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Wilson's brief is due within 60 days of the date of filing of this order. No further extensions.

FOR THE COURT

**MAR 29 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Amy L. Wilson (Informal Brief Form Enclosed)
    Carrie A. Dunsmore, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**MAR 29 2012**

JAN HORBALY
CLERK